**Order entered July 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00015-CR

**MANUEL HERRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82166-2018**

## ORDER

Before the Court is appellant's July 18, 2022 fourth motion for an extension of time to file his brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief due by July 27, 2022. Absent extraordinary circumstances, further extensions will not be granted.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE